UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

               Cr. No. 5:14-cr-00117-H-2

 Plaintiff,

v.                 ORDER TO SEAL

JOSE JAIME ROMERO-LOPEZ,

 Defendant.
_____/

  Upon motion of the Defendant, it is hereby ORDERED that the Document Number 82 in the above-captioned case be sealed.

  This the 6th day of January 2015.

                    _____
                    MALCOLM J. HOWARD
                    Senior U.S. District Judge