UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Cr. No. 5:14-cr-00117-H-2

v.

ORDER TO SEAL

JOSE JAIME ROMERO-LOPEZ,

    Defendant.

_____/

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 103 in the above-captioned case be sealed.

This the __3rd__ day of March, 2015.

                                                  UNITED STATES DISTRICT JUDGE